**William H. GILARDY, Jr.,** Special Administrator of the Estate of David Lee Thompson; **Frank W. Thompson;** **Dorie Thompson;** and **Kim M. Thompson,** Plaintiffs-Appellants,

v.

**UNITED STATES of America,** Defendant-Appellee.

No. 84–2269.

United States Court of Appeals, Ninth Circuit.

July 15, 1987.

Luce, Forward, Hamilton & Scrip and Donald L. Salem, San Diego, Cal., for plaintiffs-appellants.

Richard K. Willard, Acting Asst. Atty. Gen., Honolulu, Hawaii; Phillip A. Berns, and Warren A. Schneider, Trial Atty., San Francisco, Cal., for defendant-appellee.

Before FARRIS, PREGERSON and BEEZER, Circuit Judges.

## ORDER

In light of the United States Supreme Court's recent opinion in *United States v. Johnson,* — U.S. —, 107 S.Ct. 2063, 95 L.Ed.2d 648 (1987), the judgment of the district court in this case is AFFIRMED.